KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 07222)
Chief, Criminal Division

DENEE A. DILUIGI (COSBN 35082)
Special Assistant United States Attorney

ELAINE CHAO
Law Clerk

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7149
Fax: (415) 436-7234
Email: elaine.chao@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 05-00294 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER FOR SUMMONS** |
| ELIAS DEJESUS MEDRANO, | ) |
| Defendant. | ) |

Having reviewed the Declaration of Elaine Chao, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Elias DeJesus Medrano

\\
\\
\\
\\
\\

ORDER FOR SUMMONS
Case No. CR 05-00294 MAG

1 | appear on July 8, 2005 at 9:30 am before Magistrate Judge Edward M. Chen to answer the
2 | Information that has been filed by the United States Attorney.
3 | IT IS SO ORDERED.
4 | Dated: 6-23-05

_____
MARIA-ELENA JAMES
United States Magistrate Judge