1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 07222)
3  Chief, Criminal Division

4  ROBERT D. REES (CSBN 229441)
   Assistant United States Attorney
5
   ELAINE CHAO
6  Law Clerk

7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
8     Telephone: (415) 436-7149
      Fax: (415) 436-7234
9     Email: robert.rees@usdoj.gov

10 Attorneys for Plaintiff

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,         )   Case No. CR 05-00294 MAG
                                     )
15       Plaintiff,                  )
                                     )   **ORDER FOR SUMMONS**
16    v.                             )
                                     )
17 ELIAS DEJESUS MEDRANO,            )
                                     )
18       Defendant.                  )
                                     )
19 ─────────────────────────────────

20    Having reviewed the Declaration of Elaine Chao, the Court finds that probable cause exists to
21 believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3),
22 the Clerk of Court is directed to issue a summons directing defendant Elias DeJesus Medrano
23 appear on July 26, 2005 at 9:30 am before Magistrate Judge Edward M. Chen to answer the
24 Information that has been filed by the United States Attorney.
25 IT IS SO ORDERED.
26 Dated: 7/15/05
27                                          ─────────────────────────────
                                            EDWARD M. CHEN
28                                          United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00294 MAG