## P̶R̶O̶P̶O̶S̶E̶D ORDER/COVER SHEET

FILED

TO: Honorable James Larson
Chief U.S. Magistrate Judge

RE: Elias De Jesus Medrano

2005 OCT 18 PM 3:29

RICHARD

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR05 - 00294  MAG

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Timothy Elder                                               415-436-7519
                                                       TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

[X] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)
A. Release to New Bridge Dual Dx Program

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:
Thank you

_____                    October 17, 2005
JUDICIAL OFFICER                              DATE

Cover Sheet (12/03/02)

|          |                                           |
|----------|-------------------------------------------|
| **To:**      | Honorable James Larson                |
|          | Chief U.S. Magistrate Judge               |
| **From:**    | Timothy Elder                         |
|          | United States Pretrial Services Officer   |
| **Subject:** | Elias De Jesus Medrano                |
|          | CR05 - 00294                              |
| **Date:**    | October 17, 2005                      |



# MEMORANDUM

YOUR HONOR:

The above-referenced defendant appeared before Your Honor on October 11, 2005, after a bench warrant was issued by U.S. Magistrate Judge, Joseph C. Spero, on September 15, 2005. The defendant had been in the custody of Monterey County after being arrested on trespassing charges in Salinas, California and was then released to federal custody.

On October 11, 2005, Your Honor ordered that the defendant be referred for a dual diagnosis assessment while in federal custody. On October 17, 2005, New Bridge Foundation residential program assessed the defendant and found him to be appropriate for a dual diagnosis program. New Bridge has indicated that they currently have bed space available and are willing to transport the defendant from custody to the program once a court order is issued.

As such, Pretrial Services recommends that Your Honor order the defendant released to New Bridge so he can participate in their dual diagnosis program.

Respectfully Submitted,

Timothy R. Elder II
U.S. Pretrial Services Officer

Page Two
Memorandum to the Honorable Chief Magistrate Judge James Larson
RE: MEDRANO, ELIAS DE JESUS          DOCKET NO.: CR05 - 00294

Reviewed by:
Allen Lew
Supervising Pretrial Services Officer


cc: Josh Cohen, AFPD
    Derek Owens, AUSA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

          Plaintiff,

v.

Medrano et al,

          Defendant.
_____/

Case Number: CR05-00294 MAG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derek Owens
United States Attorney's Office
450 Golden Gate Avenue
11th floor
San Francisco, CA 94102

Josh Alan Cohen
Office of the Public Defender
450 Golden Gate Avenue
19th floor
San Francisco, CA 94102

Tim Elder
U.S. Pretrial Services
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: October 18, 2005

                                      Richard W. Wieking, Clerk
                                      By: Wings Hom, Deputy Clerk