1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant MEDRANO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )  No. CR-05-0294 JL
                                     )
12 |             Plaintiff,          )  STIPULATION AND [PROPOSED]
                                     )  ORDER CONTINUING STATUS
13 |        v.                       )  CONFERENCE
                                     )
14 | ELIAS MEDRANO,                  )
                                     )
15 |             Defendant.          )
   |_____)
16

17       Defendant Elias Medrano appeared before this Court on October 10, 2005 and was

18 released on the condition that he enter a residential dual-diagnosis treatment program at the New

19 Bridge Foundation in Berkeley, California. Mr. Medrano did in fact enter the program the

20 following week and continues to undergo treatment at this time. He is receiving counseling as

21 well as medication in order to treat his condition. His therapist is pleased with Mr. Medrano's

22 progress to date.

23       Mr. Medrano, who is 18 years old, is charged with a misdemeanor "joyriding" offense.

24 The parties anticipate that drug treatment will be a significant component of any negotiated

25 disposition in the case.

26       The parties are scheduled to appear for a status conference tomorrow. In light of Mr.

CR 05-0294 JL; STIP TO CONTINUE STATUS
CONFERENCE                                          1

1  Medrano's continued residence at New Bridge, the parties agree and stipulate that the status

2  conference should be continued until December 15, 2005 at 11:00 AM.

3      IT IS SO STIPULATED.

4  Dated:                                    _____/S/_____
                                              BARRY J. PORTMAN
5                                             Federal Public Defender
                                              JOSH COHEN
6                                             Assistant Federal Public Defender

7
   Dated:                                    _____/S/_____
8                                             KEVIN V. RYAN
                                              United States Attorney
9                                             DEREK OWENS
                                              Special Assistant U.S. Attorney
10

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

12                              **ORDER**

13      Accordingly, and for good cause shown, the status conference presently scheduled for

14  November 10, 2005 is hereby continued to December 15, 2005 at 11:00 AM.

15      IT IS SO ORDERED.

16  Dated:  November 10, 2005
                                              _____
17                                            JAMES L. LARSON
                                              UNITED STATES MAGISTRATE JUDGE
18

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Larson]

CR 05-0294 JL; STIP TO CONTINUE STATUS
CONFERENCE                              2