1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant MEDRANO
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. CR-05-0294 JL
                                  )
12              Plaintiff,        )   STIPULATION AND [PROPOSED]
                                  )   ORDER CONTINUING STATUS
13       v.                       )   CONFERENCE
                                  )
14 ELIAS MEDRANO,                 )
                                  )
15              Defendant.        )
   _____)
16

17       Defendant Elias Medrano appeared before this Court on October 10, 2005 and was

18 released on the condition that he enter a residential dual-diagnosis treatment program at the New

19 Bridge Foundation in Berkeley, California. Mr. Medrano did in fact enter the program the

20 following week and continues to undergo treatment at this time. He is receiving counseling as

21 well as medication in order to treat his condition. His therapist is pleased with Mr. Medrano's

22 progress to date. Mr. Medrano's mother and pretrial services officer echo this assessment.

23       Mr. Medrano, who is 18 years old, is charged with a misdemeanor "joyriding" offense.

24 The parties anticipate that drug treatment will be a significant component of any negotiated

25 disposition in the case.

26       The parties are scheduled to appear for a status conference on December 15, 2005. In

1 light of Mr. Medrano's continued residence at New Bridge, the parties agree and stipulate that
2 the status should be continued until January 19, 2006 at 11:00 AM.
3     IT IS SO STIPULATED.

4 Dated: December 13, 2005           /s/
    BARRY J. PORTMAN
5     Federal Public Defender
    JOSH COHEN
6     Assistant Federal Public Defender

7 Dated: December 13, 2005           /s/
8     KEVIN V. RYAN
    United States Attorney
9     DEREK OWENS
    Special Assistant U.S. Attorney
10

**ORDER**

11
12     Accordingly, and for good cause shown, the status conference presently scheduled for
December 15, 2005 is hereby continued to January 19, 2006 at 11:00 AM.
13
14     IT IS SO ORDERED.

Dated: 12/15/05

15     JAMES LARSON
    UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26

CR 05-0294 JL; STIP TO CONTINUE STATUS
CONFERENCE     2