BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MEDRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-0294 JL |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING PROBATION |
| v. ) | REVOCATION HEARING |
| ) | |
| ELIAS MEDRANO, ) | |
| ) | |
| Defendant. ) | |

Defendant Elias Medrano appeared in magistrate court on July 24, 2006 for arraignment on a petition alleging violations of the conditions of his probation. The matter was continued until August 3, 2006 for further proceedings before this Court.

The parties anticipate that this matter will be resolved without an evidentiary hearing by way of an agreement to a short term of confinement. Defense counsel is unavailable on August 3, 2006. Accordingly, the parties agree and stipulate that the matter should be continued to

///

///

///

///

CR 05-0294 JL; STIP TO CONTINUE
REVOCATION HEARING                         1

|  |  |
|---|---|
| 1 | August 24, 2006 at 11:00 AM for further proceedings. |
| 2 |     IT IS SO STIPULATED. |
| 3 | Dated: 7/26/06 |
| 4 | BARRY J. PORTMAN<br>Federal Public Defender |
| 5 | JOSH COHEN<br>Assistant Federal Public Defender |
| 6 | Dated: 7/27/06 |
| 7 | KEVIN V. RYAN<br>United States Attorney |
| 8 | DEREK OWENS<br>Special Assistant U.S. Attorney |

**ORDER**

Accordingly, and for good cause shown, the revocation hearing presently scheduled for August 3, 2006 is hereby continued to August 24, 2006 at 11:00 AM.

IT IS SO ORDERED.

Dated: July 31, 2006

JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

CR 05-0294 JL; STIP TO CONTINUE
REVOCATION HEARING                                    2